UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-8708 GAF (CWx) | Date | December 11, 2012 |
|---|---|---|---|
| Title | Jana M. Craig v. U S Bank, National Association, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER RE: ORDER TO SHOW CAUSE

On November 28, 2012, this Court ordered Plaintiff to show cause why the case should not be dismissed for lack of subject matter jurisdiction under 28 U.S.C. § 1332(a).  (Docket No. 8, [11/28/12 Order].)  Plaintiff timely responded on December 6, 2012.  (Docket No. 13, [OSC Response].)  Having reviewed the response, the Court is satisfied that it has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).  However, before the Court can vacate the 11/28/12 Order to Show Cause, Plaintiff must file an amended complaint containing the jurisdictional information specified in its OSC Response.  Plaintiff is hereby **ORDERED to file an amended complaint no later than Tuesday, December 18, 2012**.

**IT IS SO ORDERED.**